IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS A. CASTANO-LONDONO

Plaintiff

v.

UNITED STATES OF AMERICA

Defendant

Civil No. 98-1438(SEC)
Crim No. 96-307(SEC)

§ 2255

## JUDGMENT

Pursuant to an Opinion and Order of even date, the above-captioned case is **DISMISSED WITH PREJUDICE.** Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20TH day of June, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)